193 So. 889

**Raymond MURDOCK v. STATE.**

7 Div. 470.

Court of Appeals of Alabama.
Jan. 16, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

197 So. 902

**Pinkie MURPHY v. STATE.**

6 Div. 699.

Court of Appeals of Alabama.
Aug. 6, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

191 So. 927

**William E. MURPHY v. STATE.**

8 Div. 930.

Court of Appeals of Alabama.
Nov. 7, 1939.

F. E. Throckmorton, of Tuscumbia, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

190 So. 923

**John H. MYERS v. STATE.**

6 Div. 508.

Court of Appeals of Alabama.
Aug. 24, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

190 So. 924

**John H. MYERS v. STATE.**

6 Div. 509.

Court of Appeals of Alabama.
Aug. 24, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

195 So. 910

**Julia MYERS, alias Myles, v. STATE.**

2 Div. 683.

Court of Appeals of Alabama.
April 2, 1940.

L. R. Wilson, of Demopolis, for appellant.
Thos. S. Lawson, Atty. Gen., and John J. Haynes, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.